**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**LOEB & LOEB LLP**
Chris Ott (State Bar No. 235659)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: cott@loeb.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKKA ALLMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTENDED STAY AMERICA, INC.,<br><br>Defendant. | Case No. 3:25-cv-02099-AMO<br><br>**JOINT STIPULATION TO CONTINUE MOTION TO DISMISS HEARING**<br><br>Current Date: December 11, 2025 at 2:00 p.m.<br><br>Proposed Date: January 15, 2026 at 2:00 p.m. |

Pursuant to Civil Local Rule 6-2, Plaintiff Erikka Allmon ("Plaintiff") and Defendant Extended Stay America, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 13, 2025, Defendant moved to dismiss Plaintiff's Complaint (ECF No. 13);

WHEREAS, the Motion to Dismiss Hearing was originally set for October 16, 2025, at 2:00 P.M. in San Francisco, Courtroom 10, 19th Floor before the Hon. Araceli Martínez-Olguín (ECF No. 14);

WHEREAS, the Court continued the hearing on the Motion to December 11, 2025 at 2:00 p.m;

WHEREAS, counsel for Plaintiff have a pre-existing firm-wide year-end meeting on that date;

WHEREAS, counsel for both Parties are available on and agree to continuing the hearing to January 15, 2026 at 2:00 p.m.;

WHEREAS, such an extension would not otherwise alter the schedule of the case;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that the Motion to Dismiss Hearing presently scheduled for December 11, 2025 at 2:00 p.m. be continued to ~~January 15, 2026~~ January 29, 2026 at 2:00 p.m. or a later date the Court deems just and proper.

Dated:  December 1, 2025          **BURSOR & FISHER, P.A**.

By:   */s/ Stefan Bogdanovich[1]*

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596

---

[1] I, Stefan Bogdanovich, attest that, pursuant to the N.D. Cal. Local. Civ. R. 5-1(i)(3) that the other Signatory has concurred in the filing of the document.

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**LOEB & LOEB LLP**

By: ___*/s/ Chris Ott*___

Chris Ott (State Bar No. 235659)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: cott@loeb.com

*Attorney for Defendant*



IT IS SO ORDERED

Judge Araceli Martínez-Olguin

December 2, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA