**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKKA ALLMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTENDED STAY AMERICA, INC.,<br><br>Defendant. | Case No. 3:25-cv-02099-AMO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 3:25−cv−02099-AMO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Erikka Allmon and Defendant Extended Stay America, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 6, 2025

**BURSOR & FISHER, P.A.**

By:*/s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

Dated: January 6, 2026

**LOEB & LOEB**

By: */s/ Chris Ott*
Chris Ott

Chris Ott (State Bar No. 235659)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
Email: cott@loeb.com

*Attorney for Defendant*
*Extended Stay America, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta